THOMAS J. LIPTON, INC., Respondent, v. ALFONSO GIOIA & SONS, INC., Appellant. (Appeal No. 2.) — Order unanimously reversed and motion granted in accordance with the following memorandum: The denial of defendant's motion was an improvident exercise of discretion. Defendant should be permitted to serve its demand for a bill of particulars and should be allowed to take the oral deposition sought pursuant to the notice served. To expedite the disposition of this matter and to avoid undue delay such proceedings shall be conducted under the supervision and direction of Justice Daniel E. Macken. (Appeal from order of Monroe Special Term denying motion to take oral deposition and other relief.) Present — Goldman, P. J., Marsh, Moule, Cardamone and Simons, JJ.

SUSAN S. SCHOELLKOPF, Respondent, v. JACOB F. SCHOELLKOPF, Appellant.— Order unanimously affirmed, without costs. Memorandum: Defendant appeals from an order of Special Term, Erie County, which directed defendant to pay $350 per week temporary alimony to plaintiff wife, $200 per week support for the four children of the marriage and an additional sum for counsel fees. A husband's obligations of support are determined by familiar standards set forth in statute and case law (Domestic Relations Law, §§ 236, 237; *Kover* v. *Kover*, 29 N Y 2d 408). The remedy for any seeming inequity based upon conflicting affidavits is a speedy trial where the facts may be developed and the rights of the parties determined. (*De Gasper* v. *De Gasper*, 31 A D 2d 886; *Orenstein* v. *Orenstein*, 24 A D 2d 753.) It is regrettable that more than six months have elapsed since the order herein. Appellant could have had this matter finally determined if he had sought a trial of the issues rather than to have appealed from the order granting temporary relief. The parties should forthwith make every effort to have this case tried and we grant them a trial preference in order to eliminate further delay. We have been informed that both parties seek examinations before trial. These pretrial examinations should go forward immediately in order to eliminate delay. (Appeal from order of Erie Special Term granting temporary alimony and counsel fees.) Present — Goldman, P. J., Del Vecchio, Witmer, Simons and Henry, JJ.